**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1340**

ANITA A. THOMPSON,

             Plaintiff - Appellant,

        v.

JO ANNE B. BARNHART,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle,
District Judge.  (7:06-cv-00117-BO)

Submitted:  April 20, 2009              Decided:  May 12, 2009

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Lee Davis, III, Lumberton, North Carolina, for
Appellant.  George E. B. Holding, United States Attorney, Jay C.
Hinsley, Special Assistant United States Attorney, Anne M.
Hayes, Assistant United States Attorney, Raleigh, North
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anita A. Thompson appeals the district court's order entering judgment for the Commissioner in this action challenging the denial of disability insurance benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Thompson v. Barnhart, No. 7:06-cv-00117-BO (E.D.N.C. Feb. 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED